UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MURRAY, KNOWN AS LEVITICUS BOFMET LUCFER, DESCENDENT OF HEBREW SLAVES,<br><br>       Plaintiff,<br><br>   -against-<br><br>CITY OF NEW YORK; D.O.C. FOOD SERVICE DEPT.; JOHN DOE,<br><br>       Defendants. | 25cv3629 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 6, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: May 7, 2025
     New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge